IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

IN RE: SEARCH WARRANT            )
                                 )   Misc. No.   1:20-SW_174PAS
                                 )

## MOTION TO SEAL

The Government moves to seal this motion and the attached Application for a Search Warrant, Affidavit in Support, and Search Warrant until further Order of this Court, except that the United States may serve a copy of the warrant when required to do so and may later produce copies of the warrant and related documents to the defense during discovery in any criminal case.

Respectfully submitted,

UNITED STATES OF AMERICA

By its attorneys,

AARON L. WEISMAN
United States Attorney

MILIND M. SHAH
Assistant U.S. Attorney
U.S. Attorney's Office
50 Kennedy Plaza, 8th FL
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001

SO ORDERED:

_____
PATRICIA A. SULLIVAN
U.S. MAGISTRATE JUDGE
DISTRICT OF RHODE ISLAND

Date:  June 2, 2020